IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

IRVINE P. WHITE,                    )
                                    )
                    Petitioner,     )
                                    )
v.                                  )        Case No. CIV-14-1288-D
                                    )
WILLIAM STEPHENS,                   )
                                    )
                    Respondent.     )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued

November 24, 2014, pursuant to 28 U.S.C. § 636(b)(1) and (C).  United States Magistrate

Judge Shon T. Erwin recommends dismissal as moot of the Petition for Writ of Habeas

Corpus, which is construed as seeking relief under 28 U.S.C. § 2241.  Petitioner has neither

filed a timely objection nor requested additional time to object.

The Court finds Petitioner has waived further review of the issue of mootness due to

his failure to object.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see

also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).  Further,

based on a *de novo* review of the case file, the Court finds Judge Erwin's analysis of this

issue is correct.  As Petitioner has already obtained the relief sought, no live case or

controversy exists.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is ADOPTED in its entirety.  A judgment of dismissal for lack of jurisdiction shall be entered.

IT IS SO ORDERED this  15th  day of December, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE